| Form **14652 (EN-SP)** (January 2015) | Department of the Treasury - Internal Revenue Service<br>## Civil Rights Complaint |
|---|---|

The purpose of this form is to assist you when filing a civil rights complaint with the Department of the Treasury - Internal Revenue Service. You are not required to use this form. A letter with the necessary complaint information will be sufficient to file a complaint.

Under no circumstances will the Internal Revenue Service tolerate discrimination by its employees, grantees, contractors or subcontractors.

Any person who believes he or she has been discriminated against in programs and activities assisted or conducted by the Internal Revenue Service may file a complaint by completing and submitting this form or by mailing a letter to the address below. If you need assistance completing the form, you may contact us at (202) 317-6925. You may also contact the Internal Revenue Service through the Federal Relay Service. The Federal Relay Service provides an intermediary telecommunications service for the federal government to communicate with individuals who are deaf, hard of hearing, and/or have speech disabilities. Dial 1-800-877-8339 to access the service.

**1. State your name and address** *(print clearly)*

Name

Janet Lassiter /  2970 Market Street, Phila.Pa. 19104 ( rooted out al my premises)

| Address | City | State | Zip code |
|---|---|---|---|
| P.O. BOX  20638 | PHILADELPHIA | PA | 19138 |

| Telephone number *(home)* | Telephone number *(work or cell)* | Email address |
|---|---|---|
| 267-351-1862 | 267-466-4437 | Janet.Lasssiter@irs.gov |

**2. Name of agency or entity you believe discriminated against you. Provide as much information as possible**

Person/Organization/Agency

Department of Treasury (IRS)

Address

2970 Market Street

| City | State | Zip code | Telephone number |
|---|---|---|---|
| Philadelphia | PA | 19104-5016 | |

**3. Indicate below the basis(es) on which you believe the discriminatory act(s) occurred**

| | | |
|---|---|---|
| [x] | Race | black images of women with nappy bushie hair |
| [x] | Color | white women in my image . |
| [ ] | National Origin | Africans ( I'm  black African American)/  I can exercise   MY RIGHTS OF type of HAIR STYLE AND COLOR |
| [x] | Sex | heavy breathing sounds . live sex sounds. from someone  else home |
| [x] | Age | 55 yrs. /of age / talk to me like child |
| [x] | Disability | |
| [x] | Religion | cult religion and organization s |
| [x] | Other | Telephone wire tapping. Live criminal tapes of crime, bedroom sex sounds, and informated wiring. (DISCLOSURE) |

**4. What is the preferred method for us to contact you**

| [ ] Telephone | [ ] Email | [ ] Fax | [x] U.S. mail |
|---|---|---|---|

**5. Do you need special accommodations for us to communicate with you about this complaint** *(check all that apply)*

| [ ] Braille | [ ] TDD/TTY | [ ] Large print | [ ] Email |
|---|---|---|---|

[ ] Language interpreter *(specify language)*

**6. To your best recollection, on what date(s) did the alleged discrimination take place**

Every day.media, radio, television, and co-workers.   People approaching me, with nasty steers,or statements. Cars speeding or circling my car vehicle with Bright lights. One of my cars was totaled , and another accident was a person hit  my car at an stop light  on 07/14/2020.   Live sounds were disclosed from my bedroom of an house under Mortgage /Century 21/ Mortgages: Avastar, Source One,  Protection One, Mutual Funds. Wellsfargo.  Per Radio( my speaking and statement of an person I know from the passed :GO Ty, Go Ty. Home have an camera in premises, and Bugged.  Voodoo rituals done.   Address : 767 Smylie Road, Phila, PA, 19124.  My living will and Privacy Act is being destroyed. Attempting to murder me ,or force me to be affiliated with  an cult.  I'm affiliated with no organization of HATED Crimes or Wickedness.

7. Complaints of discrimination must generally be filed within 180 days of the alleged incident. If the most recent date was more than 180 days ago, you may request a waiver of the time filing requirement. If you wish to request a waiver, please explain why you were unable to file your complaint within 180 days of the alleged incident

8. Explain, with as much detail as possible, what happened, who was involved, why you believe it happened, and how you were discriminated against. If possible, be sure to include an explanation of how you were treated differently from other persons

When I shop for food , there's a problem my food (cold, old, not what I asked for. The circulation in the air is always about (turkey products). Images of an male or female wrapped in black or other clothes of sheets.,scarves, sneakers. I'm abuse for taxes, and bills that are sent and being delayed to utilties, car payments, rent, and additional charges is assessed on my account.   I'm not GAY, OR BI-SEXUAL, or SEXIST. I'm baptist christian and I have difficulties being able to go any churches. I Believe in my BIBLE(KING JAMES VERSES) Old and New . Commercial break releasing and old auction car brand Mutsubushi for 2001 year. Three cars hit and totaled with not being my fault. my payments for my bills is being delayed and it cause my insurance to colasped. I need an lawyer to resent me on these cases.

9. Individuals who work for the IRS or a Low Income Tax Clinic (LITC), or volunteer at an LITC, Volunteer Income Tax Assistance (VITA) or Tax Counseling for the Elderly (TCE) site may not retaliate against any person who has filed a complaint of discrimination with the Internal Revenue Service. If you believe an individual has retaliated against you because you filed a complaint, testified, assisted or participated in an investigation or proceeding, please explain below

AWOL was issue in my unit twice. In consitence with time off for COVID- 19. AND PREVIOS FOR MISSING A TEAM MEETING WITH NO WARNING.

10. Do you have any other information that you think is relevant to our investigation

Unable to get an Credit Report of my information about my account.  I  have an child , whom was born normal was abused and still abused. I'm rooted in my blood stream with heavy hemmaging, which I had to get monitored for over ten years.   My body is abuse by poking sensations, on my head,back,legs and feet.   I'm abused by family telephone lines of information of drug addictions and personal hygiene problems.  Music thats in my privacy act, are true from Copyrights dates.   I'm an wage earner and had to lower life standards due to health and slammed doors , or railroad from place to place.  I don't have any place to live and I know my family must be  paid off.   I seeing homeless people , handicap and abnormalities deformilities.

11. What remedy are you seeking for the alleged discrimination

I need re-location Protection for my life and my son life.    My son is 28 years, suppose to be AUTISM . I'm unable to get any source of help due to abuse to my body parts, being abused. Iworked for my job for 30 years, and want to get the right information to retire soon as possible. due to COVOID-19 , its been very difficult.   I will not sign my signature on form until , someone is handling my case for protection. I NEED AN LAWYER ASSISTANCE. I need my retirement papers and information for 31 years of working .

Sign and date the complaint form.

| Signature | Date |
| --- | --- |
| | 06/07/2021 |

Please mail or email the completed Civil Rights Complaint form to the following

Operations Director, Civil Rights Division
Internal Revenue Service
1111 Constitution Avenue, NW, Room 2413
Washington, DC 20224

edi.civil.rights.division@irs.gov

How did you learn about the IRS Civil Rights Division

| | | |
| --- | --- | --- |
| [x] IRS Website/Internet Search | [ ] Family/Friend/Associate | [ ] Religious/Community Organization |
| [x] Lawyer/Legal Organization | [ ] Employer | [ ] Federal/State/Local Government |
| [ ] Healthcare Provider/Health Plan | [ ] Poster/Brochure | [ ] Other |

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that the requested information is being collected to ensure we receive all the information needed to process your complaint upon acceptance. The primary purpose of this form is to obtain information pertaining to your civil rights complaint. The IRS Civil Rights Division will not disclose the name or other identifying information about you or the individual for whom you are filing the complaint unless the disclosure is necessary for investigation or enforcement purposes. Prior to disclosure, we will obtain a signed consent/release form from the complaining party. However, some disclosure, absent consent, may be necessary and permitted in accordance with the provisions of the Privacy Act of 1974 (5 U.S.C. §552a), the Freedom of Information Act (5 U.S.C. §552), and other federal laws, as applicable.

## Lasssiter Janet

| | |
|---|---|
| **To:** | Reardon Tony - NTEU; NTEU/  DM  Manager Patty Flynn/  SB /SE Collection Compliance( ACS/ Support Clerical Unit. |
| **Cc:** | Janet Lassiter |
| **Subject:** | f13442--2012-09-00.pdf |
| **Attachments:** | f13442--2012-09-00 |

I , Janet Lassiter have previously sent in Form 14652(EN-SP) twice to Operations Director , Civils Right Division IRS In Washington  DC 20224.

I received  my first respond last year  in  DECEMBER 2019.  They said there was no reality of Civil Rights issues.   Things have gotten worse and where I was rail- roaded  out my apartment with no where to live .  My car was purposely hit and I'M  in therapy at this PRESENT time.   I faxed in another Form 146529( EN-SP) and I'm waiting for my next responds. My  present address is an  P.O. Box address.  I have mentally ,physically abuse by  this  CULT /  ROOT on my body parts and sounds of other residential homes that have no relations to Janet Lassiter background  check.

I have been trying to be referred to an lawyer  and SOME TYPE of protection  for me and my son Jerome Brandon Bright whom was hurt in 1995 in my resident  at Smylie Road was in Receipt and Control Branch.   Please I need some type of respond ASAP.

Thank You     Dated:

06/07/2021          3RD  Respond.

1

# Application for Hardship Reassignment/Relocation Request
Pursuant to an agreement between IRS and NTEU

**Note:** Only complete applications will be forwarded by the supervisor.

| Print name (Last, First, Middle) | Daytime telephone number |
|---|---|
| Lassiter, Janet | 267-466-4437/ 267-351-1862 |

| Mailing address |
|---|
| P.O. Box 20638 |

| City | State | ZIP code |
|---|---|---|
| Philadelphia | PA | 19138 |

| Current position |
|---|
| Tax Examining Technician Clerk |

| Classification | Organizational title | Series | Grade |
|---|---|---|---|
| SB/SE / Compliance | Collection /ACS Support Clerical | GS-0592 | 05 |

| Post of Duty | Supervisor name |
|---|---|
| 7:00 A.M. - 5:30 P.M. /AWS Schedule/ 10 hrs | Lunquines Dencese Sheppard |

**Description of hardship** (attach documentation justifying request (e.g., medical doctor's letter, etc.)

Medical Problem (FMLA)- Transportation : Travel problems/ Harassment .(hair, clothes,and make-up). Racist Gay Act /Not affiliated Gay Issue

IRS Post(s) of Duty requested and justification for each post-of-duty specified

CLERICAL AREA ACCOUNTS MANAGEMENTS, UNDERREPORTER, EXAMS, /Clerical Unit / Protection for re-location / rail-roaded

If I am currently above the journey level of my position and a hardship relocation is authorized, I understand that I will be limited to entitlement to positions in my current occupation at the journey level. My pay will be set in accordance with Government-wide regulations.

**Note:** When applying for future merit promotion announcements, employees are encouraged to annotate their applications: Previously held grade 07 . Hardship change to lower grade effective 05 OR 04 .

It is **my** responsibility to notify the "gaining" office of any change in my hardship situation.

| Employee signature | Date signed |
|---|---|
| Janet Lassiter | 06/07/2021 |

Request must be submitted to the immediate supervisor for review.

| Supervisor signature | Date signed |
|---|---|
| | |

Date notice sent to "gaining" office of pending hardship request

| Supervisor signature (Second level) | Date signed |
|---|---|
| | |

| Supervisor signature (Third level) | Date signed |
|---|---|
| | |

| Supervisor signature (Fourth level) | Date signed |
|---|---|
| | |

Meets criteria for a hardship relocation ☐ Yes ☐ No (If "No", provide a reason for negative determination)

Reason for negative determination

| Date received in personnel office | Contact person in personnel | Phone number |
|---|---|---|
| | | |

| Date request forwarded to designated office | Name of designated office | Date request received in personnel |
|---|---|---|
| | | |

| Signature of authorizing official | | Date signed |
|---|---|---|
| | ☐ Approved | |
| | ☐ Disapproved | |

Finance Office - Hardship relocation requires Intraplan Fund Transfer approved by

Form **13442** (Rev. 9-2012)    Catalog Number 36525W    publish.no.irs.gov    Department of the Treasury - **Internal Revenue Service**

**Lasssiter Janet**

| | |
|---|---|
| **From:** | Anniversary Message <anniversary.message@irs.gov> |
| **Sent:** | Thursday, January 14, 2021 11:00 AM |
| **To:** | Lasssiter Janet |
| **Subject:** | Congratulations on Your Service Anniversary |

**Importance:**    High

 **Service Anniversary**

Dear Janet,

On behalf of the Internal Revenue Service, I would like to extend my sincerest appreciation to you for the contributions you have made during your 31 years of service with the federal government. We thank you for your enduring loyalty and diligence. The mission of the Service could not be achieved without the dedication and hard work of employees like you.

Please accept this note of congratulations on your anniversary and my sincere wish for your future success. Take a moment to reflect on your accomplishments over the years and take pride in knowing that you are a valued member of the IRS team.

Happy anniversary!

*Robin D. Bailey, Jr.*

*Robin D. Bailey, Jr.*
IRS Human Capital Officer

If you have any questions or concerns about this message, please send your inquiry to <u>Anniversary Message.</u>

1

Int
P.O
Philadelphia, PA 19101-8208

Official Business
Penalty for Private Use, $300



Philadelphia P&DC 191-ZIP
TUE 08 JUN 2021  PM

James A. Byrne  U.S.  Courthouse

601 Market Street

Philadelphia,  PA,  19106



RECEIVED

JUN 1 0 2021